**Order entered April 18, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01058-CR
### No. 05-17-01059-CR
### No. 05-17-01060-CR

## XAVIER MANDELL TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-70593-M, F16-70594-M, F16-70595-M**

## ORDER

Before the Court is the State's April 16, 2018 second motion to extend the time to file the State's brief. We **GRANT** the State's motion and extend the time to file the State's brief to May 5, 2018. If the State's brief is not filed by May 5, 2018, these appeals may be submitted without the State's brief.

/s/     LANA MYERS
        JUSTICE